```
                                                              CLOSED
                        U.S. District Court
         U.S. District Court for Western Louisiana (Alexandria)

              CRIMINAL DOCKET FOR CASE #: 98-CR-10018-ALL

USA v. Jackson                                          Filed: 09/04/98
Dkt# in other court: None

Case Assigned to: Judge F A Little, Jr
Case Referred to: Magistrate Judge James D Kirk

SEDRICK FITZGERALD JACKSON (1)     George L Higgins, III
     defendant                      [term  06/14/99]
 [term   06/14/99]                  318-473-4001
                                    [COR LD NTC ret]
                                    P O Box 3370
                                    Pineville, LA 71361-3370
                                    318-473-4250
                                    FTS 473-4001

                                    Sedrick Fitzgerald Jackson
                                    #10064035
                                    [COR LD NTC pse] [PRO SE]
                                    Federal Corr Inst
                                    P O Box 5000
                                    Yazoo City, MS 39194-5000


Pending Counts:                      Disposition

21:841(a)(1) and 841(b)(1)(A)       Defendant is committed to
NARCOTICS - SELL, DISTRIBUTE,       custody of Bureau of Prisons
OR DISPENSE-did knowingly and       for  144 months and is
intentionally possess with          remanded to custody of U S
intent to distribute over 50        Marshal. Upon   release from
grams of cocaine base or            imprisonment, defendant shall
"crack", a Schedule II              be on supervised  release for
narcotic controlled substance       five years with standard and
(1)                                 special             conditions.
                                    Defendant to pay $200 special
                                    assessment and    $15,000 fine
                                    in full immediately. AMENDED
                                    JUDGMENT OF      7/5/00:
                                    Government's motion to amend
                                    and reduce sentence is
                                    GRANTED. The sentence issued by
                                    this court on 6/14/99 is
                                    hereby amended to reflect a
                                    reduction in sentence from 144
                                    months to 86 months. AMENDED
                                    JUDGMENT filed 7/17/02: For
                                    reasons stated, the court finds
                                    the present motion for
```

*Exhibit "A"*

Proceedings Include All Events.
1:98cr10018-ALL USA v. Jackson                                                    CLOSED

| | |
|---|---|
| | reduction of sentence filed 2/19/02 redundant and denies the motion. (1) |
| 18:922(g) UNLAWFUL TRANSPORT OF FIREARMS, ETC.-having been convited of a crime punishable by imprisonment for a term exceeding one year, did knowingly possess in and affecting commerce ammunition, to wit: Winchester .38 caliber revolver and .380 caliber semiautomatic pistol rounds which had been transported in interstate commerce (2) | Defendant is committed to custody of Bureau of Prisons for 144 months and is remanded to custody of U S Marshal. Upon release from imprisonment, defendant shall be on supervised release for five years with standard and special conditions. Defendant to pay $200 special assessment and $15,000 fine in full immediately. AMENDED JUDGMENT OF 7/5/00: Government's motion to amend and reduce sentence is GRANTED. The sentence issued by this court on 6/14/99 is hereby amended to reflect a reduction in sentence from 144 months to 86 months. AMENDED JUDGMENT filed 7/17/02: For reasons stated, the court finds the present motion for reduction of sentence filed 2/19/02 redundant and denies the motion. (2) |

Offense Level (opening): 4


Terminated Counts:

   NONE


Complaints:

   NONE


U. S. Attorneys:

   James G Cowles, Jr
   318-676-3641
   [COR LD NTC]
   Cristina Walker

Docket as of February 10, 2003  7:57 am                                Page 2

Proceedings Include All Events.
1:98cr10018-ALL USA v. Jackson                                        CLOSED

```
318-676-3654
[COR LD NTC]
U S Atty's Office
300 Fannin St Ste 3201
Shreveport, LA 71101-3068
318-676-3600
FTS 676-3641

Brett L Grayson
337-262-6680
[COR LD NTC]
U S Atty's Office
800 Lafayette St Ste 2200
Lafayette, LA 70501
337-262-6618
FTS 262-6680
```

```
Proceedings Include All Events.
1:98cr10018-ALL USA v. Jackson                                    CLOSED

 9/4/98    1    INFORMATION as to Sedrick Fitzgerald Jackson (1) count(s)
                1, 2 (sba) [Entry date 09/10/98]

 9/4/98    2    DEFENDANT INFORMATION sheet as to Sedrick Fitzgerald
                Jackson (sba) [Entry date 09/10/98]

 9/8/98    3    PETITION by USA for Writ of Habeas Corpus ad prosequendum
                in case as to Sedrick Fitzgerald Jackson ; referred to
                Judge F A. Little Jr (sba) [Entry date 09/10/98]

 9/21/98   4    ORDER granting [3-1] petition for writ of habeas corpus ad
                prosequendum as to Sedrick Fitzgerald Jackson (1) (Signed
                by Magistrate Judge James D Kirk) NOE by mll (cher)
                [Entry date 09/22/98]

 9/21/98   --   DEADLINE UPDATED: set Arraignment for 10:00 9/23/98 for
                Sedrick Fitzgerald Jackson before Judge F A Little Jr (cher)
                [Entry date 09/22/98]

 9/22/98   5    MINUTE ENTRY: reset Arraignment (guilty plea) for 3:00
                10/6/98 for Sedrick Fitzgerald Jackson before Judge F A
                Little Jr (by Judge F A Little Jr) NOE by mll (cher)
                [Entry date 09/23/98]

 10/6/98   6    WAIVER OF INDICTMENT by Sedrick Fitzgerald Jackson (cher)
                [Entry date 10/08/98]

 10/6/98   7    MINUTES OF Arraignment before Judge F A Little Jr as to
                Sedrick Fitzgerald Jackson (1) count(s) 1, 2 held. Court
                Reporter Myra Primeaux NOE by twb (cher)
                [Entry date 10/08/98]

 10/6/98   --   PLEA entered by Sedrick Fitzgerald Jackson. Court accepts
                plea. Guilty: Sedrick Fitzgerald Jackson (1) count(s) 1,
                2; set Sentencing for 10:00 1/20/99 for Sedrick
                Fitzgerald Jackson before Judge F A Little Jr. The Court
                ordered that defendant submit copies of tax returns for the
                past five years. (cher) [Entry date 10/08/98]

 10/6/98   8    AFFIDAVIT OF UNDERSTANDING of maximum penalty as to Sedrick
                Fitzgerald Jackson [0-0] plea Guilty: Sedrick Fitzgerald
                Jackson (1) count(s) 1, 2 (cher) [Entry date 10/08/98]

 10/6/98   9    PLEA AGREEMENT Accepted as to Sedrick Fitzgerald Jackson
                (by Judge F A Little Jr) (cher) [Entry date 10/08/98]

 10/6/98   10   STIPULATED FACTUAL BASIS for guilty plea as to Sedrick
                Fitzgerald Jackson (cher) [Entry date 10/08/98]

 10/6/98   11   ELEMENTS OF OFFENSE as to Sedrick Fitzgerald Jackson (cher)
                [Entry date 10/08/98]

 10/6/98   12   ELEMENTS OF OFFENSE as to Sedrick Fitzgerald Jackson (cher)
                [Entry date 10/08/98]
```

| Date | # | Entry |
|---|---|---|
| 1/19/99 | 13 | IMG MOTION by Sedrick Fitzgerald Jackson requesting continuance of sentencing; Motion referred to Judge F A Little Jr (cher) [Entry date 01/22/99] |
| 1/19/99 | 14 | IMG ORDER granting [13-1] motion requesting continuance of sentencing as to Sedrick Fitzgerald Jackson (1); Sentencing reset for 9:30 6/14/99 for before Judge F A Little Jr (Signed by Judge F A Little Jr) NOE by mll (cher) [Entry date 01/22/99] |
| 5/24/99 | 15 | IMG PETITION by USA for Writ of Habeas Corpus ad prosequendum as to Sedrick Fitzgerald Jackson; referred to Judge F A Little Jr (cher) [Entry date 05/26/99] |
| 5/28/99 | 17 | IMG WRIT of Habeas Corpus ad Prosequendum issued as to Sedrick Fitzgerald Jackson for 6/14/99 for sentencing proceedings. NOE by mll (cher) [Entry date 06/02/99] |
| 6/1/99 | 16 | IMG ORDER granting [15-1] petition for writ of habeas corpus ad prosequendum as to Sedrick Fitzgerald Jackson (1) (Signed by Judge F A Little Jr) NOE by mll (cher) [Entry date 06/02/99] |
| 6/14/99 | 18 | IMG MINUTES OF Sentencing before Judge F A Little Jr as to Sedrick Fitzgerald Jackson (1) count(s) 1, 2 held. Court Reporter Myra Primeaux NOE by mll (cher) [Entry date 06/15/99] |
| 6/14/99 | 19 | IMG JUDGMENT Sedrick Fitzgerald Jackson (1) count(s) 1, 2. Defendant is committed to custody of Bureau of Prisons for 144 months and is remanded to custody of U S Marshal. Upon release from imprisonment, defendant shall be on supervised release for five years with standard and special conditions. Defendant to pay $200 special assessment and $15,000 fine in full immediately. (Signed by Judge F A Little Jr) NOE by: cw. Party Sedrick Fitzgerald Jackson terminated (cher) [Entry date 06/15/99] |
| 6/21/99 | 20 | IMG CONDITIONS OF PROBATION and supervised release as to Sedrick Fitzgerald Jackson (cher) [Entry date 06/22/99] |
| 7/19/99 | 21 | IMG APPLICATION by USA as to Sedrick Fitzgerald Jackson for Order to Transfer/Transport Incarcerated Defendant; Motion referred to Judge F A Little Jr (cher) [Entry date 07/22/99] |
| 7/20/99 | 22 | IMG ORDER granting [21-1] Application for Order to Transfer/Transport Incarcerated Defendant as to Sedrick Fitzgerald Jackson (1) (Signed by Judge F A Little Jr) NOE by bg (cher) [Entry date 07/22/99] |
| 6/1/00 | 23 | IMG MOTION by USA as to Sedrick Fitzgerald Jackson to Modify Sentence Pursuant to Rule 35 of Federal Rules of Criminal Procedure; Motion referred to Judge F A Little Jr (cher) |

```
Proceedings Include All Events.
1:98cr10018-ALL USA v. Jackson                                          CLOSED

                    [Entry date 06/02/00]

6/6/00      24   IMG ORDER: That a hearing be scheduled for 7/5/00 at 10:30 for
                     Sedrick Fitzgerald Jackson to allow the government to make
                     a showing of the nature and extent of the assistance
                     provided by defendant re: [23-1] Motion to Modify Sentence
                     Pursuant to Rule 35 of Federal Rules of Criminal Procedure
                     (Signed by Judge F A Little Jr) NOE by mll/cw (cher)
                     [Entry date 06/07/00]

7/5/00      25   IMG MINUTES OF Motion hearing before Judge F A Little Jr as to
                     Sedrick Fitzgerald Jackson re: [23-1] motion to Modify
                     Sentence Pursuant to Rule 35 of Federal Rules of Criminal
                     Procedure Motion. Hearing held. Court Reporter Myra
                     Primeaux NOE by mll (tr) [Entry date 07/06/00]

7/5/00      25   IMG ORAL ORDER granting [23-1] motion to Modify Sentence
                     Pursuant to Rule 35 of Federal Rules of Criminal Procedure
                     as to Sedrick Fitzgerald (1) (Entered by Judge F A Little
                     Jr) (tr) [Entry date 07/06/00]

7/5/00      26   IMG AMENDED JUDGMENT: Sedrick Fitzgerald Jackson (1) count(s)
                     1, 2. Defendant is committed to custody of Bureau of
                     Prisons for 144 months and is remanded to custody of U S
                     Marshal. Upon release from imprisonment, defendant shall be
                     on supervised release for five years with standard and
                     special conditions. Defendant to pay $200 special
                     assessment and $15,000 fine in full immediately. AMENDED
                     JUDGMENT OF 7/5/00: Government's motion to amend and reduce
                     sentence is GRANTED. The sentence issued by this court on
                     6/14/99 is hereby amended to reflect a reduction in
                     sentence from 144 months to 86 months. (Signed by Judge F A
                     Little Jr) NOE by tr (tr) [Entry date 07/06/00]

10/26/01    27   IMG MOTION by Sedrick Fitzgerald Jackson, pro se, for credit
                     for time served; Motion referred to Judge F A Little Jr (tr)
                     [Entry date 10/29/01]

11/13/01    28   IMG ORDER re: [27-1] motion for credit for time served as to
                     Sedrick Fitzgerald Jackson (1); place on motion calendar
                     for response by U S Attorney (Signed by Judge F A Little
                     Jr) NOE by cw (cher) [Entry date 11/14/01]

11/29/01    29   IMG MOTION by Sedrick Fitzgerald Jackson, pro se, Requesting
                     Fine Imposed Suspended/Vacated; Original Motion referred
                     to Judge F A Little Jr (no order attached) (cher)
                     [Entry date 11/29/01]

12/17/01    30   IMG ORDER denying [29-1] Motion Requesting Fine Imposed
                     Suspended/Vacated as to Sedrick Fitzgerald Jackson (1)
                     (Signed by Judge F A Little Jr) NOE by cw (cher)
                     [Entry date 12/19/01]


Docket as of February 10, 2003 7:57 am                          Page 6
```

| Date | # | Entry |
|---|---|---|
| 1/15/02 | 31 | IMG MOTION by USA as to Sedrick Fitzgerald Jackson for Extension of Time to Respond to Defendant's Motion Requesting Credit for Time Served; Motion referred to Judge F A Little Jr (cher) [Entry date 01/16/02] |
| 1/17/02 | 32 | IMG ORDER granting [31-1] Motion for Extension of Time to Respond to Defendant's Motion Requesting Credit for Time Served as to Sedrick Fitzgerald Jackson (1); the USA is granted an extension to respond until the February motion calendar (Signed by Judge F A Little Jr) NOE by cw (cher) [Entry date 01/18/02] |
| 1/22/02 | -- | RECEIVED copy of [30-1] order addressed to Sedrick Fitzgerald Jackson at FCI, #10064035, P O Box 5000, Yazoo City, MS 39194 from U S Postal Service marked: 'RTS: Forwarding order expired; not deliverable as addresed; unable to forward (cher) [Entry date 01/22/02] |
| 1/25/02 | 33 | IMG RESPONSE by USA as to Sedrick Fitzgerald Jackson to [27-1] motion for credit for time served (cher) [Entry date 01/28/02] |
| 1/28/02 | -- | RECEIVED copy of [32-1] order addressed to Sedrick Fitzgerald Jackson at Federal Corr Inst, P O Box 5000, Yazoo City, MS 39194 from U S Postal Service marked: 'RTS: Not deliverable as addressed; unable to forward; forwarding order expired (cher) [Entry date 01/28/02] |
| 2/19/02 | 34 | IMG MOTION by USA as to Sedrick Fitzgerald Jackson to Modify Sentence Pursuant to Rule 35 of the Federal Rules of Criminal Procedure referred to Judge F A Little Jr (sem) [Entry date 02/20/02] |
| 2/21/02 | 35 | IMG ORDER: This matter is set for a hearing on 3/21/02 at 11:00 for consideration of a reduction of sentence for Sedrick Fitzgerald Jackson re: [34-1] Motion to Modify Sentence Pursuant to Rule 35 of the Federal Rules of Criminal Procedure (Signed by Judge F A Little Jr) NOE by cw (cher) [Entry date 02/22/02] |
| 3/4/02 | -- | RECEIVED copy of [35-2] order addressed to Sedrick Fitzgerald Jackson FCI at P O Box 5000, Yazoo City, MS 39194 from U S Postal Service marked: 'RTS: Addressee Unknown (sem) [Entry date 03/04/02] |
| 3/8/02 | 36 | IMG MOTION by USA as to Sedrick Fitzgerald Jackson to Continue Rule 35 Hearing; Motion referred to Judge F A Little Jr (cher) [Entry date 03/11/02] |
| 3/12/02 | 37 | IMG ORDER granting [36-1] motion to Continue Rule 35 Hearing as to Sedrick Fitzgerald Jackson (1). Motion hearing reset for 10:00 4/4/02 re: [34-1] motion to Modify Sentence Pursuant to Rule 35 of the Federal Rules of Criminal Procedure (Signed by Judge F A Little Jr) NOE by sem (sem) |

Proceedings Include All Events.
1:98cr10018-ALL USA v. Jackson                                              CLOSED

                [Entry date 03/14/02]

3/29/02  38  IMG JUDGMENT dismissing without prejudice for lack of jurisdiction the [27-1] motion for credit for time served as to Sedrick Fitzgerald Jackson (1) (Signed by Judge F A Little Jr) NOE by cw (cher) [Entry date 04/03/02]

4/1/02   39  IMG MOTION by USA as to Sedrick Fitzgerald Jackson to Continue Rule 35 Hearing; Motion referred to Judge F A Little Jr (cher) [Entry date 04/01/02]

4/2/02   40  IMG ORDER granting [39-1] Motion to Continue Rule 35 Hearing as to Sedrick Fitzgerald Jackson (1); Motion hearing reset for 11:00 6/27/02 re: [34-1] Motion to Modify Sentence Pursuant to Rule 35 of the Federal Rules of Criminal Procedure (Signed by Judge F A Little Jr) NOE by tlw (cher) [Entry date 04/03/02]

5/6/02   --  RECEIVED copy of [38-1] order addressed to Sedrick Fitzgerald Jackson at Federal Corr Inst, P O Box 5000, Yazoo City, MS 39194 from U S Postal Service marked: 'RTS: Forwarding Order Expired (sem) [Entry date 05/06/02]

6/27/02  41  IMG MINUTES OF Motion hearing before Judge F A Little Jr as to Sedrick Fitzgerald Jackson re: [34-1] motion to Modify Sentence Pursuant to Rule 35 of the Federal Rules of Criminal Procedure Motion hearing held. The Court was informed by counsel for the Government that he was unawre defenant was granted a reduction in sentence previously. Upon conferring with all counsel, the Court will take the matter under advisement. Court Reporter Myra Primeaux; NOE by tr (tr) [Entry date 06/28/02]

6/27/02  41  IMG ORAL ORDER the [34-1] motion to Modify Sentence Pursuant to Rule 35 of the Federal Rules of Criminal Procedure taken under advisement as to Sedrick Fitzgerald Jackson (1) (Entered by Judge F A Little Jr) (tr) [Entry date 06/28/02]

7/17/02  42  IMG AMENDED JUDGMENT: Sedrick Fitzgerald Jackson (1) count(s) 1, 2. Defendant is committed to custody of Bureau of Prisons for 144 months and is remanded to custody of U S Marshal. Upon release from imprisonment, defendant shall be on supervised release for five years with standard and special conditions. Defendant to pay $200 special assessment and $15,000 fine in full immediately. AMENDED JUDGMENT OF 7/5/00: Government's motion to amend and reduce sentence is GRANTED. The sentence issued by this court on 6/14/99 is hereby amended to reflect a reduction in sentence from 144 months to 86 months. AMENDED JUDGMENT filed 7/17/02: For reasons stated, the court finds the present motion for reduction of sentence filed 2/19/02 redundant and denies the motion. (Signed by Judge F A Little Jr) NOE by cw (cher) [Entry date 07/19/02]

Proceedings Include All Events.
1:98cr10018-ALL USA v. Jackson                                            CLOSED

7/17/02   42  IMG AMENDED JUDGMENT/ORDER denying [34-1] Motion to Modify
              Sentence Pursuant to Rule 35 of the Federal Rules of
              Criminal Procedure as to Sedrick Fitzgerald Jackson (1)
              (Signed by Judge F A Little Jr) NOE by cw (cher)
              [Entry date 07/19/02]