*Ms. Kitty Hollins*
*D.O.C. (225) 319-4226*

*Returned for classification only*

# RAPIDES PARISH CLERK OF COURT

CRIMINAL MINUTES          DATE: 6/14/1999                    PAGE: 1

STATE OF LOUISIANA                           CITY OF ALEXANDRIA

PARISH OF RAPIDES

DOCKET: 253908-001   STATE OF LOUISIANA VS   JACKSON, SEDRICK FITZGERALD

CNT: 1   BILLED: CDS II POSSESS TO DISTRIB   DISP: CDS II POSSESS TO DISTRIB
CNT: 2   BILLED: FIREARM POSS. BY FELON      DISP:

DATE: 6/14/1999   DIV: X   JUDGE: THOMAS M. YEAGER

Accused present in open court with counsel J GOODWIN III. State represented by J GOODWIN. Accused withdrew his former plea of not guilty to CDS II POSSESS TO DISTRIB. Accused entered a plea of guilty as charged to CDS II POSSESS TO DISTRIB. Upon motion of the State Nolle Prosse was entered to FIREARM POSS. BY FELON No objection by the defense. State filed petition for guilty plea. Accused gave Date of birth as August 5th 1970. The accused was sworn. Court explained to the accused his constitutional rights, including, among others, the right to a trial by judge or jury, the right against self-incrimination and the right to confront and cross-examine witnesses against him, that post conviction applications must be filed within three (3) years of the date the sentence becomes final. Accused stated he heard, understood and waived. This explanation and waiver was recorded and preserved. Court accepted the accused plea. Court sentenced accused for CDS II POSSESS TO DISTRIB. Court sentenced accused to be committed to the Louisiana Department of Corrections. Accused to serve 005 Year(s). Sentence is to be served at Hard Labor. Sentence is to run concurrent. Sentence to be without benefit of parole. Sentence is to be without benefit of Probation. Sentence is to be without benefit of Suspension of Sentence. Credit for time served. Concurrent with federal and state time already being served.

Approved: THOMAS M. YEAGER            Attest: CARLA S. ROY

Judge: (    )                          Deputy Clerk of Court (    )

*Exhibit "B"*