# UNITED STATES DISTRICT COURT
### WESTERN DISTRICT OF LOUISIANA

| UNITED STATES OF AMERICA | JUDGMENT IN A CRIMINAL CASE |
|---|---|
| V. | CASE NUMBER: CR98-10018-01 |
| SEDRICK FITZGERALD JACKSON | George Lewis Higgins, III<br>Defendant's Attorney |

**FILED**
USDC, WESTERN DISTRICT OF LA
ROBERT H. SHEMWELL, CLERK
DATE 6/14/99
BY _____

**THE DEFENDANT:**

**XX** pleaded to guilty to counts **1 and 2 of Bill of Information**

___ pleaded nolo contendere to count _____

___ was found guilty on counts _____ after a plea of not guilty.

| Title & Section | Nature of Offense | Date Offense Concluded | Count Number(s) |
|---|---|---|---|
| 21 U.S.C. §§841(a)(1) & 841(b)(1)(A) | Possession with intent to distribute cocaine | 05/30/98 | 1 |
| 18 U.S.C. §922(g) | Convicted felon in possession of ammunition | 05/30/98 | 2 |

The defendant is sentenced as provided in pages 2 through **7** of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

___ The defendant has been found not guilty on count _____

___ Counts _____ are dismissed on the motion of the United States.

ATTEST: A TRUE COPY
DATE June 14 19 99
ROBERT H. SHEMWELL, CLERK
Marcia Leleux
Deputy Clerk, U.S. District Court

IT IS FURTHER ORDERED that the defendant shall notify the United States Attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs and special assessments imposed by this judgment are fully paid.

Defendant's Soc. Sec. No. **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**

Defendant's Date of Birth **August 5, 1970**

Defendant's USM No. **10064-035**

Defendant's Residence Address:
**In custody**

COPY SENT:
DATE: 6-14-99
BY: ncl
TO: USP USM FAL, BOP

Defendant's Mailing Address:
**In custody**

ATTESTED TRUE COPY
DATE 6-6-01
ROBERT H. SHEMWELL, CLERK
By Weaver
Deputy Clerk, U.S. District Court
Western District of Louisiana

**14 June 1999**
Date of Imposition of Judgment

_(signature)_
Signature of Judicial Officer

F. A. LITTLE, JR., CHIEF JUDGE
UNITED STATES DISTRICT COURT
Name and Title of Judicial Officer

**14 June 99**
Date

Exhibit "C"

DEFENDANT: JACKSON, SEDRICK
CASE NUMBER: CR98-10018-01

## IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of **144 months**.

___ The Court makes the following recommendations to the Bureau of Prisons:

XX The defendant is remanded to the custody of the United States Marshal.

___ The defendant shall surrender to the United States Marshal for this district:
   ___ at_____a.m./p.m. on _____.
   ___ as notified by the United States Marshal.

___ The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:
   ___ before 2 p.m. on _____.
   ___ as notified by the United States Marshal.
   ___ as notified by the Probation or Pretrial Services Office.

## RETURN

I have executed this judgment as follows:

_____
_____
_____

Defendant delivered on **7-22-99** to **FCC Bmt-Med**
at **Beaumont, TX** with a certified copy of this judgment.

_Jonathon Dobre, Warden_
United States Marshal

By: _R. Karl Sin, L.I.E_
Deputy U. S. Marshal