FILED FEB 0 5 2004 SOUTHERN DISTRICT OF MISSISSIPPI J.T. NOBLIN, CLERK BY _____ DEPUTY

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
WESTERN DIVISION

SEDRICK F. JACKSON, #10064-035     PETITIONER

VERSUS     CIVIL ACTION NO.5:04cv19BrSu

M. PETTIFORD, Warden     RESPONDENT

### ORDER

2:06CU509-WHA

This matter is before the court on petitioner Sedrick F. Jackson's request for habeas corpus relief pursuant to 28 U.S.C. § 2241. On January 20, 2004, the petitioner filed this action and paid the required filing fee. The court has determined that the respondent shall file an answer to the petition. It is, therefore,

ORDERED AND ADJUDGED that the respondent, through, the United States Attorney for the Southern District of Mississippi, file an answer in this cause within 20 days of the service upon the said United States Attorney, of a copy of this order.

IT IS FURTHER ORDERED that the clerk of this court shall serve, by certified mail, a copy of the petition filed herein and a copy of this order upon **Dunn Lampton**, United States Attorney for the Southern District of Mississippi; **Attorney General of the United States**, at 10th Street & Constitution Avenue, Washington, D.C. 20530; and the named **Respondent, M. Pettiford,** P.O. Box 5050, Yazoo City, Mississippi 39194. The clerk of this court shall also serve a copy of this order upon **petitioner** by mailing same to petitioner's last known address.

SO ORDERED, this the ___4___ day of February, 2004.

_____
UNITED STATES MAGISTRATE JUDGE