5:04cv19

2:06cv509-WHA

| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Received by (Please Print Clearly)  B. Date of Delivery 2/6/04<br>C. Signature  ☐ Agent  ☐ Addressee<br>D. Is delivery address different from item 1? ☐ Yes ☐ No<br>If YES, enter delivery address below: |
| 1. Article Addressed to:<br><br>Dunn Lampton, Esq.<br>U. S. Attorney<br>188 East Capitol Street, Suite 500<br>Jackson, MS 39201 | FEB 09 2004<br>J. T. NOBLIN, CLERK  DEPUTY<br><br>3. Service Type<br>☐ Certified Mail  ☐ Express Mail<br>☐ Registered  ☐ Return Receipt for Merchandise<br>☐ Insured Mail  ☐ C.O.D.<br>4. Restricted Delivery? (Extra Fee)  ☐ Yes |
| 2. Article Number (Transfer from service label) | 7001 2510 0009 1245 7224 |
| PS Form 3811, March 2001 | Domestic Return Receipt  102595-01-M-1424 |

