2:06CV509-WHA 5:04cv19

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

   Michael Pettiford
   Warden - F.C.I. Yazoo City
   P. O. Box 5050
   Yazoo City, MS  39194

**COMPLETE THIS SECTION ON DELIVERY**

A. Received by (Please Print Clearly): A. Fortenberry
B. Date of Delivery: 2-6-04
C. Signature: X A. Ford
   ☐ Agent
   ☐ Addressee
D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below: ☐ No

3. Service Type
   ☐ Certified Mail   ☐ Express Mail
   ☐ Registered       ☐ Return Receipt for Merchandise
   ☐ Insured Mail     ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes

2. Article Number
   (Transfer from service label)   7001 2510 0009 1245 7217

PS Form 3811, March 2001   Domestic Return Receipt   102595-01-M-1424

SOUTHERN DISTRICT OF MISSISSIPPI
FILED
FEB 1 0 2004
BY_____ J. T. NOBLIN, CLERK _____DEPUTY

4