2:06CV509-WHA
5:04CV19



| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY | |
|---|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Received by (Please Print Clearly) | B. Date of Delivery |
| | C. Signature<br>X | ☐ Agent<br>☐ Addressee |
| 1. Article Addressed to:<br><br>Attorney General of the United States<br>10th Street & Constitution Avenue<br>Washington, D. C. 20530 | D. Is delivery address different from item 1? ☐ Yes<br>If YES, enter delivery address below: ☐ No<br><br>FEB 10 2004 | |
| | 3. Service Type<br>☐ Certified Mail    ☐ Express Mail<br>☐ Registered       ☐ Return Receipt for Merchandise<br>☐ Insured Mail     ☐ C.O.D. | |
| | 4. Restricted Delivery? (Extra Fee)   ☐ Yes | |
| 2. Article Number<br>(Transfer from service label) | 7001 2510 0009 1245 7231 | |
| PS Form 3811, March 2001 | Domestic Return Receipt | 102595-01-M-1424 |