# EXHIBIT 1

# Judgment in a Criminal Case

AO245B (Rev.8/96) Judgment in a Criminal
Sheet 1

# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF LOUISIANA

UNITED STATES OF AMERICA     JUDGMENT IN A CRIMINAL CASE

V.     CASE NUMBER: CR98-10018-01

SEDRICK FITZGERALD JACKSON

    _George Lewis Higgins, III_
    Defendant's Attorney

**FILED**
USDC, WESTERN DISTRICT OF LA
ROBERT H. SHEMWELL, CLERK
DATE 6/14/99
BY mel

**THE DEFENDANT:**

**XX** pleaded to guilty to counts _1 and 2 of Bill of Information_

___ pleaded nolo contendere to count _____

___ was found guilty on counts _____ after a plea of not guilty.

| Title & Section | Nature of Offense | Date Offense Concluded | Count Number(s) |
|---|---|---|---|
| 21 U.S.C. §§841(a)(1) & 841(b)(1)(A) | Possession with intent to distribute cocaine | 05/30/98 | 1 |
| 18 U.S.C. §922(g) | Convicted felon in possession of ammunition | 05/30/98 | 2 |

The defendant is sentenced as provided in pages 2 through _7_ of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

___ The defendant has been found not guilty on count _____

___ Counts _____ are dismissed on the motion of the United States.

ATTEST: A TRUE COPY
DATE June 14, 19 99
ROBERT H. SHEMWELL, CLERK
By _Marcia Leleux_
Deputy Clerk, U.S. District Court
Western District of Louisiana

IT IS FURTHER ORDERED that the defendant shall notify the United States Attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs and special assessments imposed by this judgment are fully paid.

Defendant's Soc. Sec. No. 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

Defendant's Date of Birth August 5, 1970

Defendant's USM No. 10064-035

Defendant's Residence Address:
In custody

COPY SENT:
DATE: 6-14-99
BY: mel
TO: USP USM
FAL, BOP

Defendant's Mailing Address:
In custody

14 June 1999
Date of Imposition of Judgment

_[signature]_
Signature of Judicial Officer

F. A. LITTLE, JR., CHIEF JUDGE
UNITED STATES DISTRICT COURT
Name and Title of Judicial Officer

Date 14 June 99

**EXHIBIT 1**

Sheet 2 - Imprisonment

DEFENDANT: JACKSON, SL  JCK                                Judgment - Page 2 of 7
CASE NUMBER: CR98-10018-01

## IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of **144 months**.

__ The Court makes the following recommendations to the Bureau of Prisons:

**XX** The defendant is remanded to the custody of the United States Marshal.

__ The defendant shall surrender to the United States Marshal for this district:
  __ at _____ a.m./p.m. on _____.
  __ as notified by the United States Marshal.

__ The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:
  __ before 2 p.m. on _____
  __ as notified by the United States Marshal.
  __ as notified by the Probation or Pretrial Services Office.

## RETURN

I have executed this judgment as follows:

_____
_____
_____

Defendant delivered on __7-24-01__ to __FCI YAZOO__
at __YAZOO CITY, MS__ with a certified copy of this judgment.

                                        _____
                                        United States Marshal

                                        By: _____
                                        Deputy U.S. Marshal

DEFENDANT: JACKSON, SEDRICK  
CASE NUMBER: CR98-10018-01

Judgment - Page 3 of 7

# SUPERVISED RELEASE

Upon release from imprisonment, the defendant shall be on supervised release for a term of <u>5 years</u>.

The defendant shall report to the probation office in the district to which the defendant is released within 72 hours of release from the custody of the Bureau of Prisons.

Defendant shall not commit another federal, state or local crime.
Defendant shall not illegally possess a controlled substance.
For offenses committed on or after September 13, 1994:
   Defendant shall refrain from any unlawful use of a controlled substance. The defendant shall submit to one drug test within 15 days of release from imprisonment and at least two periodic drug tests thereafter, as directed by the probation officer.
   ___ The above drug testing condition is suspended based on the court's determination that the defendant poses no risk of future substance abuse.
   XX The defendant shall not possess a firearm as defined in 18 U.S.C. § 921.

If this judgment imposes a fine or a restitution obligation, it shall be a condition of supervised release that the defendant pay any such fine or restitution that remains unpaid at the commencement of the term of supervised release in accordance with the Schedule of Payments set forth in the Criminal Monetary Penalties sheet of this judgment.
   The defendant shall comply with the standard conditions that have been adopted by this court (set forth below). The defendant shall also comply with any additional conditions on an attached page.

## STANDARD CONDITIONS OF SUPERVISION

1) the defendant shall not leave the judicial district without the permission of the court or probation officer;
2) the defendant shall report to the probating officer and shall submit a truthful and complete written report within the first five days of each month;
3) the defendant shall answer truthfully all inquiries by the probation officer and follow the instructions of the probation offer;
4) the defendant shall support his or her dependents and meet other family responsibilities;
5) the defendant shall work regularly at a lawful occupation unless excused by the probation officer for schooling, training, or other acceptable reasons;
6) the defendant shall notify the probation officer ten days prior to any change in residence or employment;
7) The defendant shall refrain from excessive use of alcohol;
8) the defendant shall not frequent places where controlled substances are illegally sold, used, distributed, or administered;
9) the defendant shall not associate with any persons engaged in criminal activity, and shall not associate with any person convicted of a felony unless granted permission to do so by the probation officer;
10) the defendant shall permit a probation officer to visit him or her at any time at home or elsewhere and shall permit confiscation of any contraband observed in plain view of the probation officer;
11) the defendant shall notify the probation officer within seventy-two hours of being arrested or questioned by a law enforcement officer;
12) the defendant shall not enter into any agreement to act as an informer or a special agent of a law enforcement agency without the permission of the court;
13) as directed by the probation officer, the defendant shall notify third parties of risks that may be occasioned by the defendant's criminal record or personal history or characteristics, and shall permit the probation officer to make such notifications and to confirm the defendant's compliance with such notification requirement.

DEFENDANT: JACKSON, SEDRICK
CASE NUMBER: CR98-10018-01

Judgment - Page 4 of 7

## ADDITIONAL STANDARD CONDITIONS OF SUPERVISION

1. Any fine amount not paid at the time of release from confinement shall be made a special condition of supervised release and shall be paid on a schedule of $250.00 per month beginning within 30 days of release from imprisoment.

2. Defendant shall particiapte in a substance abuse program as directed by the United States Probation Office, to include drug testing.

3. Defendant shall provide access to his financial records as driected by the United States Probation Office.

DEFENDANT: JACKSON, SEDRICK
CASE NUMBER: CR98-10018-01

## CRIMINAL MONETARY PENALTIES

The defendant shall pay the following total criminal monetary penalties in accordance with the schedule of payments set for on Sheet 5, Part B.

|  | **Assessment** | **Fine** | **Restitution** |
|---|---|---|---|
| Totals: | $ 200.00 | $ 15,000.00 | $ |

___ If applicable, restitution amount ordered pursuant to plea agreement $

## FINE

The above fine includes costs of incarceration and/or supervision in the amount of $

The defendant shall pay interest on any fine more than $2,500, unless the fine is paid in full before the fifteenth day after the date of judgment, pursuant to 18 U.S.C. § 3512(f). All of the payment options on Sheet 5, Part B may be subject to penalties for default and delinquency pursuant to 18 U.S.C. § 3612(g).

XX  The court has determined that a defendant does not have the ability to pay interest and it is ordered that:

XX  The interest requirement is waived.
___ The interest requirement is modified as follows:

## RESTITUTION

___ The determination of restitution is deferred until _____. An Amended Judgment in a Criminal Case will be entered after such a determination.

___ The defendant shall make restitution to the following payees in the amounts listed below.

If the defendant makes a partial payment, each payee shall receive an approximately proportional payment unless specified otherwise in the priority order or percentage payment column below.

| Name of Payee | *Total Amount of Loss | Amount of Restitution ordered | Priority Order Or Percentage of Payment |
|---|---|---|---|
| **TOTALS:** | $_____ | $_____ | |

* Findings for the total amount of losses are required under Chapters 109A, 110, 110A, and 113A of Title 18 for offenses committed on or after September 13, 1994 but before April 23, 1996.

AO 245B (Rev. 8/96) Judgment in a Criminal Case:

09/16/03 Case 2:06-cv-00509-WHA-WC Document 6-2 Filed 02/26/2004 Page 7 of 7 ☒007
AO 245S (Rev. 3/95) Sheet 7, Part B - Schedule of Payments

Judgment - Page 6 of 7

DEFENDANT: JACKSON, S. RICK
CASE NUMBER: CR98-10018-01

## SCHEDULE OF PAYMENTS

Payments shall be applied in the following order: 1) assessment; 2) restitution; 3) fine principal; 4) cost of prosecution; 5) interest; 6) penalties.

Payment of the total fine and other criminal monetary penalties shall be due as follows:

A     XX   In full immediately; balance due in accordance with special instructions.

B     ___ $_____ immediately, balance due (in accordance with C, D, or E); or

C     ___ Not later than _____; or

D     ___ In installments to commence ___ days after the date of this judgment. In the event the entire amount of criminal monetary penalties imposed is not paid prior to the commencement of supervision, the U. S. Probation officer shall pursue collection of the amount due, and shall request the court to establish a payment schedule if appropriate; or

E     ___ In _____ (e.g., equal, weekly, monthly, quarterly) installments of $ _____ ___ year(s) to commence _____ days after the date of judgment.

The defendant will receive credit for all payments previously made toward any criminal monetary penalties imposed.

**Special instructions regarding the payment of criminal monetary penalties:**

In the event the entire amount of the fine is not paid prior to the commencement of supervision, defendant shall pay $250 per month towards the fine, beginning within thirty (30) days of release from imprisonment.



___ Joint and Several



___ The defendant shall pay the cost of prosecution.

___ The defendant shall pay the following court cost(s):



___ The defendant shall forfeit the defendant's interest in the following property to the United States:



Unless the court has expressly ordered otherwise in the special instructions above, if this judgment imposes a period of imprisonment payment of criminal monetary penalties shall be due during the period of imprisonment. All criminal monetary penalty payments, except those payments made through the Bureau of Prisons's Inmate Financial Responsibility Program are to be made as directed by the court, the probation officer, or the United States Attorney.