**EXHIBIT 2**

**Public Information Inmate Data as of 02-18-2004**

```
   SERBJ          *          PUBLIC INFORMATION         *      02-18-2004
PAGE 001          *             INMATE DATA             *      16:32:22
                              AS OF 02-18-2004

REGNO..: 10064-035 NAME: JACKSON, SEDRICK FITZGERA

                 RESP OF: YAZ / DESIGNATED, AT ASSIGNED FACIL
                 PHONE..: 662-751-4800    FTS: 700-746-6503
                                          RACE/SEX...: BLACK / MALE
FBI NUMBER.: 158908LA5                    DOB/AGE....: 08-05-1970 / 33
PROJ REL MT: GOOD CONDUCT TIME RELEASE    PAR ELIG DT: N/A
PROJ REL DT: 08-18-2007                   PAR HEAR DT:
--------------------------- ADMIT/RELEASE HISTORY ---------------------------
FCL   ASSIGNMENT DESCRIPTION               START DATE/TIME STOP  DATE/TIME
YAZ   A-DES      DESIGNATED, AT ASSIGNED FACIL 08-05-2002 1342 CURRENT
A02   RELEASE    RELEASED FROM IN-TRANSIT FACL 08-05-2002 1442 08-05-2002 1442
A02   A-ADMIT    ADMITTED TO AN IN-TRANSIT FACL 08-05-2002 0900 08-05-2002 1442
OKL   HLD REMOVE HOLDOVER REMOVED              08-05-2002 0800 08-05-2002 0800
OKL   A-HLD      HOLDOVER, TEMPORARILY HOUSED  07-15-2002 1445 08-05-2002 0800
6-Y   RELEASE    RELEASED FROM IN-TRANSIT FACL 07-15-2002 1545 07-15-2002 1545
6-Y   A-ADMIT    ADMITTED TO AN IN-TRANSIT FACL 03-27-2002 1120 07-15-2002 1545
YAZ   FED WRIT   RELEASE ON FEDERAL WRIT       03-27-2002 1020 08-05-2002 1342
YAZ   A-DES      DESIGNATED, AT ASSIGNED FACIL 03-04-2002 1604 03-27-2002 1020
A02   RELEASE    RELEASED FROM IN-TRANSIT FACL 03-04-2002 1704 03-04-2002 1704
A02   A-ADMIT    ADMITTED TO AN IN-TRANSIT FACL 03-04-2002 0830 03-04-2002 1704
OKL   HLD REMOVE HOLDOVER REMOVED              03-04-2002 0730 03-04-2002 0730
OKL   A-HLD      HOLDOVER, TEMPORARILY HOUSED  02-25-2002 1845 03-04-2002 0730
A01   RELEASE    RELEASED FROM IN-TRANSIT FACL 02-25-2002 1945 02-25-2002 1945
A01   A-ADMIT    ADMITTED TO AN IN-TRANSIT FACL 02-25-2002 1512 02-25-2002 1945
ATL   HLD REMOVE HOLDOVER REMOVED              02-25-2002 1512 02-25-2002 1512
ATL   A-HLD      HOLDOVER, TEMPORARILY HOUSED  02-12-2002 2029 02-25-2002 1512
6-K   RELEASE    RELEASED FROM IN-TRANSIT FACL 02-12-2002 2029 02-12-2002 2029
6-K   A-ADMIT    ADMITTED TO AN IN-TRANSIT FACL 12-19-2001 0855 02-12-2002 2029
OKL   HLD REMOVE HOLDOVER REMOVED              12-19-2001 0755 12-19-2001 0755
OKL   A-HLD      HOLDOVER, TEMPORARILY HOUSED  12-17-2001 1720 12-19-2001 0755
A02   RELEASE    RELEASED FROM IN-TRANSIT FACL 12-17-2001 1820 12-17-2001 1820
A02   A-ADMIT    ADMITTED TO AN IN-TRANSIT FACL 12-17-2001 0518 12-17-2001 1820
YAZ   FED WRIT   RELEASE ON FEDERAL WRIT       12-17-2001 0418 03-04-2002 1604
YAZ   A-DES      DESIGNATED, AT ASSIGNED FACIL 07-24-2001 1428 12-17-2001 0418
A02   RELEASE    RELEASED FROM IN-TRANSIT FACL 07-24-2001 1528 07-24-2001 1528
A02   A-ADMIT    ADMITTED TO AN IN-TRANSIT FACL 07-24-2001 0900 07-24-2001 1528
OKL   HLD REMOVE HOLDOVER REMOVED              07-24-2001 0800 07-24-2001 0800
OKL   A-HLD      HOLDOVER, TEMPORARILY HOUSED  07-09-2001 1740 07-24-2001 0800
A01   RELEASE    RELEASED FROM IN-TRANSIT FACL 07-09-2001 1840 07-09-2001 1840
A01   A-ADMIT    ADMITTED TO AN IN-TRANSIT FACL 07-09-2001 1311 07-09-2001 1840
ATL   HLD REMOVE HOLDOVER REMOVED              07-09-2001 1311 07-09-2001 1311
ATL   A-HLD      HOLDOVER, TEMPORARILY HOUSED  06-19-2001 2017 07-09-2001 1311
1-S   RELEASE    RELEASED FROM IN-TRANSIT FACL 06-19-2001 2017 06-19-2001 2017
1-S   A-ADMIT    ADMITTED TO AN IN-TRANSIT FACL 06-12-2001 1243 06-19-2001 2017
CNO   ADMIN REL  ADMINISTRATIVE RELEASE        06-12-2001 1143 06-12-2001 1143


G0002      MORE PAGES TO FOLLOW . . .
```

EXHIBIT

2

```
   SERBJ          *        PUBLIC INFORMATION          *      02-18-2004
 PAGE 002          *          INMATE DATA              *      16:32:22
                              AS OF 02-18-2004

REGNO..: 10064-035 NAME: JACKSON, SEDRICK FITZGERA

                RESP OF: YAZ / DESIGNATED, AT ASSIGNED FACIL
                PHONE..: 662-751-4800     FTS: 700-746-6503
 CNO    A-ADMIN     ADMINISTRATIVE ADMISSION        06-12-2001 1135 06-12-2001 1143
 P00    RELEASE 06  RELEASED FROM IN-TRANSIT, JUN   06-12-2001 1235 06-12-2001 1235
 P00    A-ADMIT 10  ADMITTED TO IN-TRANSIT, OCT     10-22-2000 0530 06-12-2001 1235
 I-T    RELEASE     RELEASED FROM IN-TRANSIT FACL   10-22-2000 0530 10-22-2000 0530
 I-T    A-ADMIT     ADMITTED TO AN IN-TRANSIT FACL  06-24-2000 0530 10-22-2000 0530
 A01    RELEASE     RELEASED FROM IN-TRANSIT FACL   06-24-2000 0530 06-24-2000 0530
 A01    A-ADMIT     ADMITTED TO AN IN-TRANSIT FACL  06-23-2000 0800 06-24-2000 0530
 OKL    HLD REMOVE  HOLDOVER REMOVED                06-23-2000 0700 06-23-2000 0700
 OKL    A-BOP HLD   HOLDOVER FOR INST TO INST TRF   06-14-2000 1641 06-23-2000 0700
 A01    RELEASE     RELEASED FROM IN-TRANSIT FACL   06-14-2000 1741 06-14-2000 1741
 A01    A-ADMIT     ADMITTED TO AN IN-TRANSIT FACL  06-14-2000 0601 06-14-2000 1741
 ATL    HLD REMOVE  HOLDOVER REMOVED                06-14-2000 0601 06-14-2000 0601
 ATL    A-HLD       HOLDOVER, TEMPORARILY HOUSED    06-07-2000 1324 06-14-2000 0601
 MNA    STATE PRIS  STATE PRISONER REMOVED          06-07-2000 0807 06-07-2000 1324
 MNA    A-HLD       HOLDOVER, TEMPORARILY HOUSED    04-19-2000 1203 06-07-2000 0807
 MNA    ADM CHANGE  RELEASE FOR ADMISSION CHANGE    04-19-2000 1200 04-19-2000 1203
 MNA    A-DES       DESIGNATED, AT ASSIGNED FACIL   04-19-2000 0600 04-19-2000 1200
 B14    RELEASE     RELEASED FROM IN-TRANSIT FACL   04-19-2000 0700 04-19-2000 0700
 B14    A-ADMIT     ADMITTED TO AN IN-TRANSIT FACL  04-19-2000 0446 04-19-2000 0700
 TAL    HLD REMOVE  HOLDOVER REMOVED                04-19-2000 0446 04-19-2000 0446
 TAL    A-BOP HLD   HOLDOVER FOR INST TO INST TRF   04-11-2000 1704 04-19-2000 0446
 A01    RELEASE     RELEASED FROM IN-TRANSIT FACL   04-11-2000 1704 04-11-2000 1704
 A01    A-ADMIT     ADMITTED TO AN IN-TRANSIT FACL  04-11-2000 0915 04-11-2000 1704
 OKL    HLD REMOVE  HOLDOVER REMOVED                04-11-2000 0815 04-11-2000 0815
 OKL    A-BOP HLD   HOLDOVER FOR INST TO INST TRF   03-13-2000 1515 04-11-2000 0815
 7-B    RELEASE     RELEASED FROM IN-TRANSIT FACL   03-13-2000 1615 03-13-2000 1615
 7-B    A-ADMIT     ADMITTED TO AN IN-TRANSIT FACL  03-13-2000 0706 03-13-2000 1615
 BMM    TRANSFER    TRANSFER                        03-13-2000 0606 03-13-2000 0606
 BMM    A-DES       DESIGNATED, AT ASSIGNED FACIL   11-04-1999 1236 03-13-2000 0606
 7-B    RELEASE     RELEASED FROM IN-TRANSIT FACL   11-04-1999 1336 11-04-1999 1336
 7-B    A-ADMIT     ADMITTED TO AN IN-TRANSIT FACL  10-20-1999 1419 11-04-1999 1336
 BMM    FED WRIT    RELEASE ON FEDERAL WRIT         10-20-1999 1319 11-04-1999 1236
 BMM    A-DES       DESIGNATED, AT ASSIGNED FACIL   07-22-1999 1534 10-20-1999 1319
 1-S    RELEASE     RELEASED FROM IN-TRANSIT FACL   07-22-1999 1634 07-22-1999 1634
 1-S    A-ADMIT     ADMITTED TO AN IN-TRANSIT FACL  06-24-1999 0702 07-22-1999 1634
 CNO    ADMIN REL   ADMINISTRATIVE RELEASE          06-24-1999 0602 06-24-1999 0602
 CNO    A-ADMIN     ADMINISTRATIVE ADMISSION        06-24-1999 0553 06-24-1999 0602


 G0002       MORE PAGES TO FOLLOW . . .
```

```
  SERBJ            *        PUBLIC INFORMATION          *    02-18-2004
PAGE 003           *           INMATE DATA             *    16:32:22
                              AS OF 02-18-2004

REGNO..: 10064-035 NAME: JACKSON, SEDRICK FITZGERA

                 RESP OF: YAZ / DESIGNATED, AT ASSIGNED FACIL
                 PHONE..: 662-751-4800    FTS: 700-746-6503
PRE-RELEASE PREPARATION DATE: 02-18-2007

THE FOLLOWING SENTENCE DATA IS FOR THE INMATE'S CURRENT COMMITMENT.
THE INMATE IS PROJECTED FOR RELEASE:  08-18-2007 VIA GCT REL

--------------------CURRENT JUDGMENT/WARRANT NO: 010 ----------------------

COURT OF JURISDICTION...........: LOUISIANA, WESTERN DISTRICT
DOCKET NUMBER...................: 98-10018-01
JUDGE...........................: LITTLE
DATE SENTENCED/PROBATION IMPOSED: 06-14-1999
DATE COMMITTED..................: 07-24-2001
HOW COMMITTED...................: US DISTRICT COURT COMMITMENT
PROBATION IMPOSED...............: NO

                 FELONY ASSESS  MISDMNR ASSESS  FINES           COSTS
NON-COMMITTED.: $200.00        $00.00         $15,000.00      $00.00

RESTITUTION...:  PROPERTY:  NO  SERVICES:  NO      AMOUNT:  $00.00

------------------------CURRENT OBLIGATION NO: 010 ---------------------------
OFFENSE CODE....:  381
OFF/CHG: POSSESSION W/I DISTRIBUTE COCAINE 21USC 841
         FELON IN POSSESSION OF FIREARM 18USC 922G

 SENTENCE PROCEDURE.............: 3559 PLRA SENTENCE
 SENTENCE IMPOSED/TIME TO SERVE.:  144 MONTHS
 TERM OF SUPERVISION............:    5 YEARS
 NEW SENTENCE IMPOSED...........:   86 MONTHS
 BASIS FOR CHANGE...............: RULE 35 GOVERNMENT APPEAL
 DATE OF OFFENSE................: 05-30-1998

G0002      MORE PAGES TO FOLLOW . . .
```

```
  SERBJ         *        PUBLIC INFORMATION       *      02-18-2004
PAGE 004 OF 004 *          INMATE DATA            *      16:32:22
                         AS OF 02-18-2004

REGNO..: 10064-035 NAME: JACKSON, SEDRICK FITZGERA

                  RESP OF: YAZ / DESIGNATED, AT ASSIGNED FACIL
                  PHONE..: 662-751-4800   FTS: 700-746-6503
------------------------CURRENT COMPUTATION NO: 010 -------------------------

COMPUTATION 010 WAS LAST UPDATED ON 09-12-2001 AT YAZ AUTOMATICALLY

THE FOLLOWING JUDGMENTS, WARRANTS AND OBLIGATIONS ARE INCLUDED IN
CURRENT COMPUTATION 010: 010 010

DATE COMPUTATION BEGAN..........: 05-21-2001
TOTAL TERM IN EFFECT............:    86 MONTHS
TOTAL TERM IN EFFECT CONVERTED..:     7 YEARS      2 MONTHS
EARLIEST DATE OF OFFENSE........: 05-30-1998

TOTAL PRIOR CREDIT TIME.........: 0
TOTAL INOPERATIVE TIME..........: 0
TOTAL GCT EARNED AND PROJECTED..: 337
TOTAL GCT EARNED................: 108
STATUTORY RELEASE DATE PROJECTED: 08-18-2007
SIX MONTH /10% DATE.............: N/A
EXPIRATION FULL TERM DATE.......: 07-20-2008


PROJECTED SATISFACTION DATE.....: 08-18-2007
PROJECTED SATISFACTION METHOD...: GCT REL




S0055      NO PRIOR SENTENCE DATA EXISTS FOR THIS INMATE
```