**EXHIBIT 3**

**USM Forms 129**

Case 2:06-cv-00509-WHA-WC   Document 6-4   Filed 02/26/2004   Page 1 of 5

```
                                                         TE: 06/24/2002 TIME: 14:05 PAGE:    1
                              UNITED STATES MARSHALS SERVICE
                                 PRISONER TRACKING SYSTEM
                                    WESTERN LOUISIANA
                                 DISTRICT: 35   OFFICE: ALE

                        INDIVIDUAL CUSTODY AND DETENTION REPORT USM (129)

                              NAME:    JACKSON, SEDRICK FITZGERALD
                              USMS NUMBER: 10064035
```

I. IDENTIFICATION DATA:

USMS NBR: 10064035   NAME: JACKSON, SEDRICK FITZGERALD

ADDRESS:  , XX                                                                    PHONE:    -   -

DOB: 08/05/1970  AGE: 31  POB: XX, LA          SEX: M  RACE: B  HAIR: BLK  EYE: BRO  HEIGHT: 509  WEIGHT: 180

SSN: 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  FBI NBR: 158908LA5  ALIEN NBR:

ACTIVE DETAINERS:            DETAINER DATE   AGENCY
NONE

PRISONERS ALIASES:           ALIAS REMARKS:
NONE

GENERAL REMARKS:
GJ LAF 10-13-98

II. CASE INFORMATION:

| CTR | STATUS   | COURT CASE NUMBER | FEDERAL COURT CITY |
|-----|----------|-------------------|--------------------|
| 1   | RL-BOP   | 98-10018-01       | ALEXANDRIA         |
| 0   | RL-WHCAT | 10064035-2        | LAFAYETTE          |
| 0   | RL-WHCAT | 01-1001201        | ALEXANDRIA         |
| 0   | WHCAT    | CR01-10012-01     | ALEXANDRIA         |

| CTR | JUDGE NAME         | US ATTORNEY NAME | DEFENSE ATTORNEY NAME |
|-----|--------------------|------------------|-----------------------|
| 1   | LITTLE, JR., F.A.  | GRAYSON, BRET    | HIGGINS III, GEORGE   |

| CTR | ARREST DATE | ARRESTING AGENCY      | LOCATION OF ARREST | WARRANT NUMBER |
|-----|-------------|-----------------------|--------------------|----------------|
| 1   | 10/06/1998  | U.S. MARSHALS SERVICE | RAPIDES JAIL       |                |

| CTR | OFFENSE              | OFFENSE REMARK         | DISPOSITION   |
|-----|----------------------|------------------------|---------------|
| 1   | (3530) COCAINE - SELL| CONV FELON POSS WEAPON | GUILTY (PLEA) |

| CTR | SENTENCE DATE | SENTENCE                                  | APPEAL DATE |
|-----|---------------|-------------------------------------------|-------------|
| 1   | 06/14/1999    | 144 MONTHS CONF/AMENDED 7/5/00 TO 86 MONTHS | **/**/****  |

III. STATUS HISTORY

| CTR | STATUS   | STATUS DATE | CUSTODY DATE | RELEASE DATE | REMARK               |
|-----|----------|-------------|--------------|--------------|----------------------|
| 1   | WHCAP    | 10/06/1998  | 10/06/1998   | **/**/****   | GRAND JURY/LAFAYETTE |
| 1   | WT-DESIG | 06/29/1999  | **/**/****   | **/**/****   |                      |

EXHIBIT 3

                                                                    TE: 06/24/2002 TIME: 14:05 PAGE:   2

                              UNITED STATES MARSHALS SERVICE
                                 PRISONER TRACKING SYSTEM
                                    WESTERN LOUISIANA
                                  DISTRICT: 35   OFFICE: ALE

                         INDIVIDUAL CUSTODY AND DETENTION REPORT USM (129)

                              NAME:  JACKSON, SEDRICK FITZGERALD
                              USMS NUMBER: 10064035

| | | | | | |
|---|---|---|---|---|---|
| 1 | WT-MOVE   | 06/30/1999 | \*\*/\*\*/\*\*\*\* | \*\*/\*\*/\*\*\*\* | FCI BEAUMONT TX |
| 1 | RL-BOP    | 07/22/1999 | \*\*/\*\*/\*\*\*\* | 07/22/1999 | TRANS BY ALEX FBI |
| 1 | READMIT   | 06/23/2000 | 06/23/2000 | \*\*/\*\*/\*\*\*\* | ASR FROM OKC |
| 1 | WHCAP     | 06/23/2000 | \*\*/\*\*/\*\*\*\* | \*\*/\*\*/\*\*\*\* | FOR RESENTENCING |
| 1 | RL-WHCAP  | 07/05/2000 | \*\*/\*\*/\*\*\*\* | 07/05/2000 | TOT STATE TO FINISH STATE SENT./DET LODGED |
| 1 | READMIT   | 05/21/2001 | 05/21/2001 | \*\*/\*\*/\*\*\*\* | STATE TIME SERVED |
| 1 | WT-DESIG  | 06/05/2001 | \*\*/\*\*/\*\*\*\* | \*\*/\*\*/\*\*\*\* | |
| 1 | WT-MOVE   | 06/15/2001 | \*\*/\*\*/\*\*\*\* | \*\*/\*\*/\*\*\*\* | DSGTD FCI YAZOO |
| 1 | RL-BOP    | 06/19/2001 | \*\*/\*\*/\*\*\*\* | 06/19/2001 | LIFT TO YAZOO |
| 0 | WHCAT     | 10/20/1999 | 10/20/1999 | \*\*/\*\*/\*\*\*\* | FCI BEAUMONT |
| 0 | RL-WHCAT  | 11/04/1999 | \*\*/\*\*/\*\*\*\* | 11/04/1999 | |
| 0 | WHCAT     | 12/19/2001 | 12/19/2001 | \*\*/\*\*/\*\*\*\* | ASR FROM YAZOO |
| 0 | RL-WHCAT  | 02/12/2002 | \*\*/\*\*/\*\*\*\* | 02/12/2002 | TO LIFT FFT YAZOO |
| 0 | WHCAT     | 03/28/2002 | 03/28/2002 | \*\*/\*\*/\*\*\*\* | ASR FROM YAZOO CITY |

IV. CHRONOLOGICAL PRISONER HISTORY

| INST CODE | INSTITUTION NAME | ADMIT DATE | RELEASE DATE | DAYS BOARDED | ACTION OR DISPOSITION |
|---|---|---|---|---|---|
| 6TD | RAPIDES PAR DET CTR  | 10/06/1998 | 10/08/1998 | 2   | |
| 6TP | LAFAYETTE PAR DET CT | 10/08/1998 | 10/15/1998 | 7   | |
| 6TD | RAPIDES PAR DET CTR  | 10/15/1998 | 07/08/1999 | 266 | |
| 6TP | LAFAYETTE PAR DET CT | 07/08/1999 | 07/14/1999 | 6   | |
| 6TD | RAPIDES PAR DET CTR  | 07/14/1999 | 07/22/1999 | 8   | TESTIFY IN TRIAL |
| 6TP | LAFAYETTE PAR DET CT | 10/20/1999 | 11/04/1999 | 15  | |
| 6TD | RAPIDES PAR DET CTR  | 06/23/2000 | 07/05/2000 | 12  | FOR RESENT |
| 6TD | RAPIDES PAR DET CTR  | 05/21/2001 | 06/19/2001 | 29  | |
| 6TD | RAPIDES PAR DET CTR  | 12/19/2001 | 02/12/2002 | 55  | |
| 6TD | RAPIDES PAR DET CTR  | 03/28/2002 | \*\*/\*\*/\*\*\*\* | 88  | |

                            TOTAL DAYS BOARDED        488

              THIS INFORMATION IS THE PROPERTY OF THE U.S. MARSHALS SERVICE AND SHALL NOT
              BE PUBLICLY RELEASED OR DISSEMINATED WITHOUT U.S. MARSHALS SERVICE AUTHORITY.

\*\*\*\*\*\* END OF REPORT \*\*\*\*\*\*

```
                                                            DATE: 06/16/1999  TIME: 10:16   PAGE:     1
                        UNITED STATES MARSHALS SERVICE
                          PRISONER TRACKING SYSTEM
                            WESTERN LOUISIANA
                         DISTRICT: 35   OFFICE: ALE

                    INDIVIDUAL CUSTODY AND DETENTION REPORT USM (129)

                    NAME:     JACKSON, SEDRICK FITZGERALD
                    USMS NUMBER: 10064035
```

I. IDENTIFICATION DATA:

USMS NBR: 10064035   NAME: JACKSON, SEDRICK FITZGERALD

ADDRESS: , XX                                                                       PHONE:    -    -

DOB: 08/05/1970  AGE: 28  POB: , LA              SEX: M  RACE: B  HAIR: BLK  EYE: BRO  HEIGHT: 509  WEIGHT: 180

SSN: 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  FBI NBR: 158908LA5   ALIEN NBR:

ACTIVE DETAINERS:              DETAINER DATE   AGENCY
NONE

PRISONERS ALIASES:             ALIAS REMARKS:
NONE

GENERAL REMARKS:
GJ LAF 10-13-98

II. CASE INFORMATION:

```
  CTR    STATUS       COURT CASE NUMBER      FEDERAL COURT CITY
   1     WHCAP        98-10018-01            ALEXANDRIA

  CTR    JUDGE NAME                US ATTORNEY NAME              DEFENSE ATTORNEY NAME
   1     LITTLE, JR., F.A.         GRAYSON, BRET

  CTR    ARREST DATE   ARRESTING AGENCY       LOCATION OF ARREST   WARRANT NUMBER
   1     10/06/1998    U.S. MARSHALS SERVICE  RAPIDES JAIL

  CTR    OFFENSE                              OFFENSE REMARK                        DISPOSITION
   1     (3530) COCAINE - SELL                                                      NOT YET DISPOSED

  CTR    SENTENCE DATE   SENTENCE                                  APPEAL DATE
   1     **/**/****                                                **/**/****
```

III. STATUS HISTORY

```
  CTR    STATUS    STATUS DATE    CUSTODY DATE    RELEASE DATE    REMARK
   1     WHCAP     10/06/1998     10/06/1998      **/**/****      GRAND JURY/LAFAYETTE
```

IV. CHRONOLOGICAL PRISONER HISTORY

```
       INST                           ADMIT        RELEASE     DAYS    ACTION OR
       CODE   INSTITUTION NAME        DATE         DATE        BOARDED DISPOSITION
       6TD    RAPIDES PAR DET CTR     10/06/1998   10/08/1998  2
```

DATE: 06/16/1999  TIME: 10:16  PAGE: 2

UNITED STATES MARSHALS SERVICE
PRISONER TRACKING SYSTEM
WESTERN LOUISIANA
DISTRICT: 35  OFFICE: ALE

INDIVIDUAL CUSTODY AND DETENTION REPORT USM (129)

NAME: JACKSON, SEDRICK FITZGERALD
USMS NUMBER: 10064035

| | | | | |
|---|---|---|---|---|
| 6TP | LAFAYETTE PAR DET CT | 10/08/1998 | 10/15/1998 | 7 |
| 6TD | RAPIDES PAR DET CTR | 10/15/1998 | **/**/**** | 244 |

TOTAL DAYS BOARDED   253

THIS INFORMATION IS THE PROPERTY OF THE U.S. MARSHALS SERVICE AND SHALL NOT
BE PUBLICLY RELEASED OR DISSEMINATED WITHOUT U.S. MARSHALS SERVICE AUTHORITY.

****** END OF REPORT ******

5-30-00
Inmate committed to BOP erroneously. Should have stayed in La DOC til Sp sentence completed. In cout custody Anc 7-31-98.