**EXHIBIT 3-A**

**Program Statement 5160.04, relevant pages**



U.S. Department of Justice
Federal Bureau of Prisons

# Program Statement

OPI: CPD
NUMBER: 5160.04
DATE: 4/19/2000
SUBJECT: State Institution for Service of Federal Sentence, Designation of

1. **PURPOSE AND SCOPE.** To provide instructions for the designation of a state institution for concurrent service of a Federal sentence.

2. **SUMMARY OF CHANGES.** The submission of the Wanted-Flash Cancellation Notice (FBI I-12) and the Final Disposition Report (FBI R-84) is no longer required.

Additionally, ACA Standards and Directives Affected sections have been updated.

3. **PROGRAM OBJECTIVES.** The expected results of this program are:

   a. Appropriate state institutions will be designated for service of Federal sentences when such actions are in compliance with applicable statutes, court orders or recommendations, and the goals of the criminal justice system.

   b. Accurate records on, and accountability for, inmates serving Federal sentences in state institutions will be maintained.

4. **DIRECTIVES AFFECTED**

   a. **Directive Rescinded**

   PS 5160.03    Designation of State Institution for Service of Federal Sentence (9/29/94)

EXHIBIT 3A

```
                                              PS 5160.04
                                              4/19/2000
                                              Page 10
```

and the Federal sentence expires prior to the state term, the RISA will ask the state authorities to notify the U.S. Probation Office 30 days prior to release from state custody (the RISA will send a copy of the request to the U.S. Probation Office).

> **Note:**  When it has been determined an inmate was improperly committed to Federal custody and primary jurisdiction resides with a state sovereign (i.e., the inmate was under jurisdiction of the Federal sentencing court on the basis of a writ of <u>habeas corpus ad prosequendum</u>), institution staff, through the RISA, will make every effort to return the inmate to state custody.  A return to the state means that the Federal sentence should be considered as <u>not</u> having commenced, since transfer to the Bureau was in error and the prisoner should have been returned to the state after Federal sentencing as a required condition of the Federal writ (see <u>Crawford v. Jackson</u>, 589 F.2d 693 (D.C. Cir. 1978)).  The Federal J&C Order will then be lodged as a detainer, through the USMS, with the state authorities.

```
                              /s/
                              Kathleen Hawk Sawyer
                              Director
```