# EXHIBIT 4

# Request for Administrative Remedy - Attempt at Informal Resolution, and Response

**Response to Attempt at Informal Resolution**
**JACKSON, Sedrick**
**Reg. No. 10064-035**

This is in response to your Attempt at Informal Resolution.

Investigation of this matter reveals on May 30, 2000, BOP Staff verified that you were committed to the BOP in error and should have completed your Louisiana Department of Corrections sentence first. On July 5, 2000 you were returned to the Louisiana Department of Corrections to finish your state sentence, the USM Service Western Louisiana lodge a detainer against you for you federal convictions. All time from July 31, 1998, was applied to your state sentence per staff at Louisiana Department of Corrections. You completed your state sentence on May 21, 2001, a returned to federal custody to served your federal sentence.

_____                              __7/8/03_____
Phillip Jackson                                                           Date
Inmate Systems Manager

**EXHIBIT 4**

Attachment A

# Federal Correctional Institution, Yazoo City, Mississippi
## Request for Administrative Remedy
## Attempt at Informal Resolution

Inmate Name: Sedrick Jackson

Register No.: 10064-035    Unit: 2-B up

**TO BE COMPLETED BY INMATE:**

1. Briefly state your complaint. Include all details and facts which support your request and the date on which the complaint occurred. I served one year in the custody of the State while awaiting federal sentance. I was sentance on 7-14-99 by the State at the same time as the federal sentance to run concurrent with 12 years serve by the federal court. 30 days after that I was transfered to a B.O.P. facilty approximatly one year. Befor returning to Stat Cu

2. What actions are you requesting to resolve your complaint? for Classification purpose only. The agreement for pleading guilty to the State was that I was to get time served along with 5 years run concurrent with federal time. I should be given time from the Arest da 7-31-98

**TO BE COMPLETED BY STAFF:**

3. Indicate below the efforts made to resolve the matter. Be specific but brief. Include names of staff contacted to attempt resolution. (Use back of this form if necessary.)

SEE ATTACHED.

_____     _____     _____
Correctional Counselor/Date    Inmate Signature/Date    Unit Manager Review/Date

**NOTE:** Attach any pertinent documentation related to the inmate's complaint.

| | BP-8 Issued To Inmate | BP-8 Returned To Counselor | BP-9 Issued To Inmate | BP-9 Returned to Counselor | BP-9 Delivered to Admin. Remedy Coord. |
|---|---|---|---|---|---|
| Date: | 5-27-03 | 5-28-03 | 10-10-03 | | |
| Counselor: | PL | R | WL | | |