# EXHIBIT 5

# Request for Administrative Remedy, and Response
# dated August 11, 2003

**U.S. DEPARTMENT OF JUSTICE**
Federal Bureau of Prisons

**REQUEST FOR ADMINISTRATIVE REMEDY**

*Type or use ball-point pen. If attachments are needed, submit four copies. Additional instructions on reverse.*

From: Jackson Sedrick | 10064-035 | Camp Magnolia | Yazoo City, MS
LAST NAME, FIRST, MIDDLE INITIAL | REG. NO. | UNIT | INSTITUTION

Part A- INMATE REQUEST (A-1) I served one year in the custody of the state while awaiting Federal sentence on 7-14 Federal sentence. I was sentenced on 7-14-99 by the state at the same time as the Federal sentence to run concurrent with 12 years served by the federal court. 30 days after that I was transfered to a B.O.P facility approximatly one year before returning to state custody for classification purpose only. The agreement for pleading guilty to the state was that I get time served along with 5 years run concurrent with Federal time. I should be given time from my initial arrest date 7-31-98.

(A-2)

This is in response to my Attempt at Informal Resolution.

Investigation of this matter reveals on May 30, 2000 BOP Staff verified that you were committed to the BOP in error and should have completed your Louisiana Department of Corrections sentence first. On July 5, 2000 you were returned to the Louisiana Department of Corrections to finish your state sentnce, the USM Service Western Louisiana lodge a detainer against you for your federal convictions. All time from July 31, 1998, was applied to your state sentence per staff at Louisiana Department of Corrections. You Completed your state sentence on May 21, 2001, a returned to federal custody to served your federal sentence.

7-15-03
DATE | SIGNATURE OF REQUESTER

Part B- RESPONSE

**RECEIVED JUL 1 6 2003**

See attach.

DATE | WARDEN OR REGIONAL DIRECTOR

*If dissatisfied with this response, you may appeal to the Regional Director. Your appeal must be received in the Regional Office within 20 calendar days of the date of this response.*

CASE NUMBER: 304825-F1

SECOND COPY: RETURN TO INMATE

CASE NUMBER: _____

Part C- RECEIPT

Return to: _____
LAST NAME, FIRST, MIDDLE INITIAL | UNIT | INSTITUTION
SUBJECT: _____

**EXHIBIT 5**

DATE | SIGNATURE (STAFF MEMBER)

BP-229(13)
APRIL 1982
USP LVN

**Response to Administrative Remedy Case Number: 304823-F1**

This is in response to your Request for Administrative Remedy dated July 15, 2003. You allege that you should receive credit on your federal sentence for time served with the Louisiana Department of Corrections.

Investigation into this matter reveals that on May 30, 2000, Bureau of Prisons staff verified that you were committed to a Bureau of Prisons facility in error. You should have completed your sentence with the Louisiana Department of Corrections first. On July 5, 2000, you were returned to the Louisiana Department of Corrections in order to finish your state sentence. The United States Marshals Service lodged a detainer against you for your federal conviction. Per staff at the Louisiana Department of Corrections, all time from July 31, 1998, was applied to your state sentence. You completed your state sentence on May 21, 2001, and returned to federal custody to serve your federal sentence. Your sentencing judge did not specify that your federal sentence would run concurrent with your state sentence. When it is not specified, the sentence will run consecutively.

Based on our findings, your Request for Administrative Remedy is **DENIED**. If dissatisfied with this response, you may appeal to the Regional Director, Southeast Regional Office, at Building 2000, 3800 Camp Creek Parkway, SW, Atlanta, Georgia 30331-6226. Your appeal must be received in the Regional Director's Office within 20 calendar days of the date of this response.

_____         8/11/03
M. Pettiford, Warden                    Date