**EXHIBIT 7**

**Central Office Administrative Remedy Appeal, and Response dated December 31, 2003**

**U.S. Department of Justice**

Federal Bureau of Prisons

**Central Office Administrative Remedy Appeal**

---

Type or use ball-point pen. If attachments are needed, submit four copies. One copy each of the completed BP-DIR-9 and BP-DIR-10, including any attachments must be submitted with this appeal.

From: __Jackson Sedrick F__     __10064-035__     __Magnolia__     __Yazoo City, Ms__
  LAST NAME, FIRST, MIDDLE INITIAL         REG. NO.           UNIT                INSTITUTION

**Part A—REASON FOR APPEAL**  (A-1) I served one year in the custody of the state while awaiting Federal sentence. I was sentenced on 7-14-99 by the state at the same time as the Federal sentence to run concurrent with 12 years served by the Federal court. 30 days after that I was transfered to a B.O.P facility approximatly one year before returning to state custody for classification purpose only. The agreement for pleading guilty to the state was that I received time served along with 5 years run concurrent with Federal time. I should be given time from my initial arrest date 7-31-98.

10-27-03
DATE                                                                                                 SIGNATURE OF REQUESTER

**Part B—RESPONSE**




DATE                                                                                              GENERAL COUNSEL

SECOND COPY: REGIONAL FILE COPY

**Part C—RECEIPT**                                                                       CASE NUMBER: __304823 A3__

                                                                                                           CASE NUMBER: _____

Return to: _____
       LAST NAME, FIRST, MIDDLE INITIAL

SUBJECT: _____                                       UNIT           INSTITUTION

DATE

USP LVN                                                                                    OF CENTRAL OFFICE APPEAL            BP-231(13)

EXHIBIT 7

Administrative Remedy No. 304823-A3
Part B - Response

This is in response to your Central Office Administrative Remedy Appeal in which you state you should be given time from your initial arrest date of July 31, 1998.

You provide no new information in this matter beyond that which you supplied in your Request for Administrative Remedy at the institution and regional levels. The Bureau of Prisons considers an inmate's request for prior custody credit for time spent serving a state sentence as a request for a nunc pro tunc designation. Bureau policy states that a designation for concurrent service should be made only when it is consistent with the intent of the sentencing court or with the goals of the criminal justice system. The Southeast Regional Office reviewed your case for a concurrent designation and determined that granting such a request was inappropriate. A review of that decision indicates they have acted within the boundaries of their discretionary authority.

Although the state court ordered its sentence to run concurrently with the federal sentence, it has no jurisdiction over the federal sentence and how it will operate. Commencement of a federal sentence is governed by Title 18, U.S.C. § 3585(a).

Your sentence has been computed according to Program Statement 5880.28, <u>Sentence Computation Manual (CCCA of 1984)</u>, and all applicable statutes.

Your appeal is denied.

_____
Date

_____
Harrell Watts, Administrator
National Inmate Appeals