# EXHIBIT 8

**Letter to Judge Little dated October 6, 2003**



U.S. Department of Justice

Federal Bureau of Prisons

*Southeast Regional Office*

Building 2000
3800 Camp Creek Parkway, S.W.
Atlanta, Georgia 30331-6226

October 6, 2003

The Honorable F. A. Little, Jr.
Senior United States District Judge
Western District of Louisiana
P. O. Box 1031
Alexandria, Louisiana 71309-1031

RE: JACKSON, Sedrick Fitzgerald
   CR98-10018-01

Dear Judge Little:

    Our office is writing concerning the above-referenced inmate who is currently confined at the Federal Correctional Institution, Yazoo City, Mississippi. Mr. Jackson was sentenced on June 14, 1999, to a term of 144 months for Possession With Intent To Distribute Cocaine and Convicted Felon In Possession Of Ammunition. The sentence was later reduced to 86 months.

    At the time of sentencing, Mr. Jackson was in primary custody of the state of Louisiana. He was brought into federal custody on a Writ of Habeas Corpus Ad Prosequendum and was later returned to the state. On June 14, 1999, Mr. Jackson received a state sentence of 5 years. He was released from state custody on May 21, 2001, at which time the federal sentence commenced.

    Mr. Jackson has filed a request through Bureau of Prisons' Administrative Remedy for credit toward the sentence for time spent in state custody. As a result of the decision in <u>Barden v. Keohane</u> 921 F2d 476 (3rd Cir.1990) the Bureau of Prisons considers an inmate's request for credit towards a federal sentence, for time spent in service of a state sentence, as a request for a nunc pro tunc designation. The court in <u>Barden</u> held that the Bureau of Prisons must consider an inmate's request for concurrent service of the state and federal sentence. However, there is no obligation under <u>Barden</u> for the BOP to grant the request for concurrent service of the federal sentence by retroactively designating a state institution as the place to serve the federal sentence.

    We are requesting the court review this case to determine if a nunc pro tunc designation by the Bureau of Prisons is appropriate. If the court does not object, the

EXHIBIT 8

The Honorable F. A. Little, Jr.
October 6, 2003
Page 2

federal sentence would commence on June 14, 1999, the date of imposition. If the court does object, the federal sentence will remain computed as commencing on May 21, 2001.

    If we can be of further assistance in this matter or other issues of mutual concern, please do not hesitate to contact our office at (678) 686-1450.

                                          Sincerely,

                                          John A. Gaither, Regional
                                          Inmate Systems Administrator

cc: Donald W. Washington
    United States Attorney