# EXHIBIT 10

## Letter to Sedrick Jackson from John Gaither dated October 17, 2003

court responded on October 14, 2003, objecting to a nunc pro tunc designation by the



U.S. Department of Justice

Federal Bureau of Prisons

*Southeast Regional Office*

*Building 2000*
*3800 Camp Creek Parkway, S.W.*
*Atlanta, Georgia 30331-6226*

October 17, 2003

Sedrick Jackson
Reg. No. 10064-035
Federal Correctional Institution
P. O. Box 5050
2225 Haley Barbour Parkway
Yazoo City, Mississippi 39194

Dear Mr. Jackson:

This is in response to your request for credit toward a federal sentence for time spent in state custody.

Based on your request, we forwarded correspondence to the sentencing court dated October 6, 2003, to determine if there was an objection to a nunc pro tunc designation which would allow the federal sentence to begin upon imposition. The court responded on October 14, 2003, objecting to a nunc pro tunc designation by the Bureau of Prisons.

Your request has been reviewed in accordance with Bureau of Prisons' Program Statement 5160.05, <u>Designation of State Institution For Service of Federal Sentence,</u> which states, "A designation for concurrent service of sentence will be made only when it is consistent with the intent of the sentencing Federal court, or with the goals of the criminal justice system." It has been determined that a designation in your case does not meet these requirements. Your request for a nunc pro tunc designation is denied.

I trust this response has adequately addressed your request.

Sincerely,

John A. Gaither, Regional
Inmate Systems Administrator

cc: Phillip Jackson, ISM

**EXHIBIT**

**10**