# EXHIBIT 11

**Letter to John Gaither from AUSA Brett L. Grayson
dated November 10, 2003**

U.S. Department of Justice



United States Attorney
Western District of Louisiana

| United States Courthouse | Branch Office |
| --- | --- |
| 300 Fannin Street, Suite 3201 | John M. Shaw U.S. Courthouse |
| Shreveport, Louisiana 71101-3068 | 800 Lafayette Street, Suite 2200 |
| 318-676-3600 | Lafayette, Louisiana 70501-6832 |
| | 337-262-6618 |

November 10, 2003

Mr. John A. Gaither
U.S. Department of Justice
Federal Bureau of Prisons
Southeast Regional Office
Building 200
3800 Camp Creek Parkway, S.W.
Atlanta, GA 30331-6226

RE:  JACKSON, Sedrick Fitzgerald
     Criminal No. 98-10018-001

Dear Mr. Gaither:

In response to your correspondence of October 6, 2003, relating to the above referenced inmate to Judge F. A. Little, please be advised that the U.S. Attorney's Office for this district has expressed its objection to the District Court. We do not consider "nunc pro tunc" designation by the Bureau of Prisons to be appropriate.

If you have any questions, please do not hesitate to contact me at (337) 262-6618 or (800) 676-6992.

Sincerely,

DONALD W. WASHINGTON
United States Attorney

By: _____
    BRETT L. GRAYSON
    Assistant United States Attorney

BLG:jb

**EXHIBIT 11**