# EXHIBIT 12

## Administrative Remedy Generalized Retrieval

```
SERBJ            *ADMINISTRATIVE REMEDY GENERALIZED RETRIEVAL *      02-18-2004
PAGE 001 OF                                                          16:33:09
     FUNCTION: L-P SCOPE: REG    EQ 10064-035    OUTPUT FORMAT: FULL
------LIMITED TO SUBMISSIONS WHICH MATCH ALL LIMITATIONS KEYED BELOW----------
DT RCV: FROM _____ THRU _____          DT STS: FROM _____ THRU _____
DT STS: FROM ____ TO ____ DAYS BEFORE "OR" FROM ____ TO ____ DAYS AFTER DT RDU
DT TDU: FROM ____ TO ____ DAYS BEFORE "OR" FROM ____ TO ____ DAYS AFTER DT TRT
STS/REAS: ____ ____ ____ ____ ____ ____ ____ ____ ____ ____ ____
SUBJECTS: ____ ____ ____ ____ ____ ____ ____ ____ ____ ____ ____
EXTENDED: _ REMEDY LEVEL: _ _        RECEIPT: _ _ _ "OR" EXTENSION: _ _ _
RCV  OFC : EQ ____        _ _
TRACK:  DEPT: ____        ____        ____        ____        ____        ____
      PERSON: ____        ____        ____        ____        ____        ____
        TYPE: ____        ____        ____        ____        ____        ____
EVNT FACL: EQ ____        ____        ____        ____        ____        ____
RCV FACL.: EQ ____        ____        ____        ____        ____        ____
RCV UN/LC: EQ ____        ____        ____        ____        ____        ____
RCV QTR..: EQ ____        ____        ____        ____        ____        ____
ORIG FACL: EQ ____        ____        ____        ____        ____        ____
ORG UN/LC: EQ ____        ____        ____        ____        ____        ____
ORIG QTR.: EQ ____        ____        ____        ____        ____        ____
```

G0002      MORE PAGES TO FOLLOW . . .

**EXHIBIT**

12

```
  SERBJ              *ADMINISTRATIVE REMEDY GENERALIZED RETRIEVAL *     02-18-2004
PAGE 002 OF          *              FULL SCREEN FORMAT             *     16:33:09


REGNO: 10064-035 NAME: JACKSON, SEDRICK
RSP OF...: YAZ UNT/LOC/DST: MAGNOLIA
                                             QTR.: M04-062U   RCV OFC: YAZ
REMEDY ID: 304823-F1       SUB1: 31ZM SUB2:  DATE RCV:   07-16-2003
UNT RCV..: MAGNOLIA       QTR RCV.: M02-019U  FACL RCV: YAZ
UNT ORG..: MAGNOLIA       QTR ORG.: M02-019U  FACL ORG: YAZ
EVT FACL.: YAZ    ACC LEV:  YAZ  1 SER  2 BOP  3  RESP DUE: MON  08-25-2003
ABSTRACT.: WANTS TO BE GIVEN TIME FROM INITIAL ARREST 7/31/98.
STATUS DT: 08-11-2003  STATUS CODE: CLD STATUS REASON: DNY
INCRPTNO.:              RCT: P EXT: P DATE ENTD: 07-16-2003
REMARKS..: 20 CALENDAR DAYS EXTENSION FOR INVESTIGATIVE PURPOSE




REGNO: 10064-035 NAME: JACKSON, SEDRICK
RSP OF...: YAZ UNT/LOC/DST: MAGNOLIA
                                             QTR.: M04-062U   RCV OFC: SER
REMEDY ID: 304823-R1       SUB1: 31ZM SUB2:  DATE RCV:   08-21-2003
UNT RCV..: MAGNOLIA       QTR RCV.: M02-019U  FACL RCV: YAZ
UNT ORG..: MAGNOLIA       QTR ORG.: M02-019U  FACL ORG: YAZ
EVT FACL.: YAZ    ACC LEV:  YAZ  1 SER  2 BOP  3  RESP DUE:
ABSTRACT.: REQ TO BE GIVEN TIME FROM INITIAL ARREST 7/31/98.
STATUS DT: 08-22-2003  STATUS CODE: REJ STATUS REASON: IRQ RSR
INCRPTNO.:              RCT:  EXT:  DATE ENTD: 08-22-2003
REMARKS..:
```

```
G0002      MORE PAGES TO FOLLOW . . .
```

```
  SERBJ              *ADMINISTRATIVE REMEDY GENERALIZED RETRIEVAL *      02-18-2004
  PAGE 003 OF         *            FULL SCREEN FORMAT              *      16:33:09
```

```
REGNO: 10064-035 NAME: JACKSON, SEDRICK
RSP OF...: YAZ UNT/LOC/DST: MAGNOLIA
                                                 QTR.: M04-062U   RCV OFC: SER
REMEDY ID: 304823-R2        SUB1: 30ZM SUB2:     DATE RCV:  09-05-2003
UNT RCV..: MAGNOLIA       QTR RCV.: M02-019U     FACL RCV: YAZ
UNT ORG..: MAGNOLIA       QTR ORG.: M02-019U     FACL ORG: YAZ
EVT FACL.: YAZ    ACC LEV:  YAZ 1 SER  2 BOP  3  RESP DUE:  TUE  11-04-2003
ABSTRACT.: REQ TO BE GIVEN TIME FROM INITIAL ARREST 7/31/98.
STATUS DT: 10-09-2003  STATUS CODE: CLD STATUS REASON: DNY
INCRPTNO.:              RCT: P EXT: P DATE ENTD: 09-10-2003
REMARKS..:
```

```
                CURRENT INVESTIGATIVE AND RELIEF TRACKING DATA
DATE DUE             DEPARTMENT     TO    DATE ASSN     TRK TYPE    DATE RETURNED
WED 09-24-2003       ISM            JG    09-10-2003    INV         10-06-2003
TUE 10-07-2003       LGL SVC        AW    10-06-2003    SIG         10-07-2003
TUE 11-04-2003       CEO            REH   10-07-2003    SIG         10-09-2003
```

```
REGNO: 10064-035 NAME: JACKSON, SEDRICK
RSP OF...: YAZ UNT/LOC/DST: MAGNOLIA
                                                 QTR.: M04-062U   RCV OFC: BOP
REMEDY ID: 304823-A1        SUB1: 30ZM SUB2:     DATE RCV:  11-03-2003
UNT RCV..: MAGNOLIA       QTR RCV.: M04-062U     FACL RCV: YAZ
UNT ORG..: MAGNOLIA       QTR ORG.: M02-019U     FACL ORG: YAZ
EVT FACL.: YAZ    ACC LEV:  YAZ 1 SER  2 BOP  3  RESP DUE:
ABSTRACT.: REQ TO BE GIVEN TIME FROM INITIAL ARREST 7/31/98.
STATUS DT: 11-03-2003  STATUS CODE: REJ STATUS REASON: IRQ RAP RSA
INCRPTNO.:              RCT:  EXT:  DATE ENTD: 11-10-2003
REMARKS..:
```

```
G0002      MORE PAGES TO FOLLOW . . .
```

```
   SERBJ          *ADMINISTRATIVE REMEDY GENERALIZED RETRIEVAL *      02-18-2004
 PAGE 004 OF 004 *              FULL SCREEN FORMAT               *    16:33:09


REGNO: 10064-035 NAME: JACKSON, SEDRICK
RSP OF...: YAZ UNT/LOC/DST: MAGNOLIA
                                                QTR.: M04-062U   RCV OFC: BOP
REMEDY ID: 304823-A2      SUB1: 30ZM SUB2:      DATE RCV:  11-04-2003
UNT RCV..: MAGNOLIA       QTR RCV.: M04-062U    FACL RCV: YAZ
UNT ORG..: MAGNOLIA       QTR ORG.: M02-019U    FACL ORG: YAZ
EVT FACL.: YAZ    ACC LEV:  YAZ  1 SER  2 BOP  3   RESP DUE:
ABSTRACT.: REQ TO BE GIVEN TIME FROM INITIAL ARREST 7/31/98.
STATUS DT: 11-04-2003  STATUS CODE: REJ STATUS REASON: IRQ RSA
INCRPTNO.:             RCT:   EXT:  DATE ENTD: 11-12-2003
REMARKS..:




REGNO: 10064-035 NAME: JACKSON, SEDRICK
RSP OF...: YAZ UNT/LOC/DST: MAGNOLIA
                                                QTR.: M04-062U   RCV OFC: BOP
REMEDY ID: 304823-A3      SUB1: 30ZM SUB2:      DATE RCV:  12-16-2003
UNT RCV..: MAGNOLIA       QTR RCV.: M04-062L    FACL RCV: YAZ
UNT ORG..: MAGNOLIA       QTR ORG.: M02-019U    FACL ORG: YAZ
EVT FACL.: YAZ    ACC LEV:  YAZ  1 SER  2 BOP  3   RESP DUE:  SAT  02-14-2004
ABSTRACT.: REQ TO BE GIVEN TIME FROM INITIAL ARREST 7/31/98.
STATUS DT: 12-31-2003  STATUS CODE: CLD STATUS REASON: DNY
INCRPTNO.:             RCT: P EXT: P DATE ENTD: 12-17-2003
REMARKS..:




                  6 REMEDY SUBMISSION(S) SELECTED
 G0000         TRANSACTION SUCCESSFULLY COMPLETED
```