IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
WESTERN DIVISION

2:06CV509-WHA

SEDRICK F. JACKSON                                        PETITIONER
#10064-035

v                                       CIVIL ACTION NO. 5:04cv19 DCB-JCS

M. PETTIFORD, WARDEN                                      RESPONDENT

## NOTICE OF APPEARANCE

**COMES NOW** the undersigned, Linda R. Anderson, Assistant United States Attorney, and hereby enters her appearance as counsel of record for the Defendant, United States of America, for all purposes in this cause, in lieu of H. Colby Lane.

DATED this 1st day of February, 2005.

                                    Respectfully submitted,

                                    DUNN LAMPTON
                                    UNITED STATES ATTORNEY

By:  s/ Linda R. Anderson
      LINDA R. ANDERSON (MSB 1582)
      Assistant United States Attorney
      188 East Capitol, Suite 500
      Jackson, MS 39201
      (601) 973-2806 (phone)
      (601) 965-4409 (fax)
      e-mail: linda.r.anderson@usdoj.gov

## CERTIFICATE OF SERVICE

I, Linda R. Anderson certify that on <u>February 1, 2005</u>, I electronically filed the foregoing with the Clerk of the Court using the ECF system which sent notification of such filing to the following:

None

and I hereby certify that I have mailed by United States Postal Service the document to the following non-ECF participant(s):

Mr. Sedrick F. Jackson
#10064-035
FCI Yazoo City
P.O. Box 5000
Yazoo City, MS 39194-5000

s/ Linda R. Anderson
LINDA R. ANDERSON
Assistant United States Attorney