IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| SEDRICK F. JACKSON, ) | |
| ) | |
| Petitioner, ) | |
| ) | |
| v. ) | Civil Action No. 2:06cv509-WHA |
| ) | (WO) |
| ) | |
| M. PETTIFORD, *et al.*, ) | |
| ) | |
| Respondents. ) | |

## ORDER

The Magistrate Judge filed a Recommendation (Doc. #11) in this case to which no timely objections have been filed. After a review of the Recommendation, and after an independent review of the entire record, the Court believes that the Recommendation should be adopted. Accordingly, it is

ORDERED that the RECOMMENDATION (Doc. #11) of the Magistrate Judge is ADOPTED; The petition for § 2241 habeas relief is DENIED.

An appropriate judgment will be entered.

DONE this 4th day of August, 2008.

/s/ W. Harold Albritton
W. HAROLD ALBRITTON
SENIOR UNITED STATES DISTRICT JUDGE