IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| SEDRICK F. JACKSON, | ) |
| Petitioner, | ) ) ) |
| v. | ) ) ) Civil Action No. 2:06cv509-WHA (WO) |
| M. PETTIFORD, *et al.*, | ) ) ) |
| Respondents. | ) |

## JUDGMENT

In accordance with the prior proceedings, opinions and orders of the Court, it is

ORDERED and ADJUDGED that judgment is entered in favor of Defendants and against Plaintiff and that Plaintiff's petition for § 2241 habeas relief is DENIED.

The clerk of the court is directed to enter this document on the civil docket as a final judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.

DONE this 4th day of August, 2008.

/s/ W. Harold Albritton
W. HAROLD ALBRITTON
SENIOR UNITED STATES DISTRICT JUDGE